**Donald D. duBoulay**       305 Broadway, Suite 602
Attorney at Law              New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

November 11, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Rose (Graciela Borrero)
    19 Cr. 789 (PGG)

Dear Judge Gardephe:

I represent Graciela Borrero in the above referenced matter. I write to request the court's permission to have Richard Lind, Esq. appear on my behalf for Graciela Borrero at the status conference to be held before this court on November 15, 2019.

I will be out of the state attending a previously scheduled CLE on November 15, 2019 and thus will be unable to appear. I have conferred with my client and she consents to have Mr. Lind appear on her behalf at my request at the status conference on November 15, 2019.

Respectfully submitted,

/s/
Donald duBoulay, Esq
Attorney for Graciela Borrero

cc: Graciela Borrero (by hand)
    All counsel (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Nov 13, 2019