**Donald D. duBoulay**                        **305 Broadway, Suite 602**
  Attorney at Law                                                         New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

                                                                                              August 27, 2020

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Graciela Borrero
       19 Cr. 789 (PGG)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: August 28, 2020

Dear Judge Gardephe:

      I write on behalf of my client Graciela Borrero to respectfully request that the court amend the terms of her pretrial release bond to allow her to travel with her family to Atlantic City, New Jersey from September 2, 2020 to September 5, 2020.

      Ms. Borrero was released on a $50,000.00 PRB on November 7, 2019. Her travel is presently restricted to the Southern and Eastern Districts of New York.

      The Government and Pretrial officer Courtney DeFeo take no position on this request.

                                                             Respectfully submitted,
                                                                        /s/

                                                                 Donald duBoulay

cc:  Louis A. Pellegrino, AUSA
     Mathew Andrews, AUSA
     Courtney DeFeo, PTO