**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA     :
                                     :   **<u>ORDER</u>**
   - v. -                      :
                                     :
GRACIELA BORRERO,           :   19 Cr. 789
                                     :
       Defendant.            :
                                     :
- - - - - - - - - - - - - - - - - - - -x

       WHEREAS defendant GRACIELA BORRERO and the Government seek to proceed with a change-of-plea proceeding via video conference (or phone conferencing, if video is not reasonably available) instead of a personal appearance in court.

       WHEREAS, in view of the ongoing pandemic, judges in the Southern District of New York have regularly employed video and phone conferencing to conduct change-of-plea and other court proceedings.

       THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice, for the reasons proffered by the parties.

*See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

SO ORDERED:

Dated: New York, New York
       January  7 , 2022

*[signature: Paul G. Gardephe]*

THE HONORABLE PAUL G. GARDEPHE
United States District Judge
Southern District of New York