UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>GRACIELA BORRERO,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is scheduled for May 25, 2022, at 11:00 a.m.

The Defendant's sentencing submission and the Pre-Sentence Report ("PSR") set forth several objections that the Defendant has made to the factual portions of the PSR, including Paragraphs 66 and 100. (Def. Br. (Dkt. No. 859) at 4; PSR (Dkt. No. 827) at 30 n.2, 48-49) The Government has not addressed the Defendant's objections in its sentencing submission. (See Govt. Br. (Dkt. No. 862)) The Government will submit a letter responding to the Defendant's objections by **5:00 p.m. on May 20, 2022**.

Dated: New York, New York
       May 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge