```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :    ORDER
                                                      :
            - v. -                                    :    19 Cr. 789 (PGG)
                                                      :
GRACIELA BORRERO,                                     :
                                                      :
                        Defendant.                    :
                                                      :
------------------------------------------------------X
```

WHEREAS, with the consent of Defendant Graciela Borrero, the Defendant's guilty plea allocution was taken before a United States Magistrate Judge on January 14, 2022;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, as supplemented by the proceedings on May 25, 2022, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         May 25, 2022

                                          _____
                                          THE HON. PAUL G. GARDEPHE
                                          United States District Judge
                                          Southern District of New York