+

# Donald D. duBoulay
Attorney at Law

305 Broadway, Suite 310
New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

May 30, 2022

The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: June 1, 2022

Re: U.S. v. Graciela Borrero
     19 Cr. 789 PGG)

Dear Judge Gardephe:

    I write to respectfully request that the Court Order the pre-trial services office to release Ms. Graciela Borrero's passport to her. The passport was surrendered to pre-trial services as a condition of her post arrest release pending a disposition of this case. Ms. Borrero was sentenced on May 25, 2022. Her pre-trial supervision period has thus ended and the Government does not object to this application.

    If the court has any questions, I may be reached at (212) 966-3970

                         Respectfully submitted,

                         /s/ Donald duBoulay, Esq.

    Cc: Stephanie Simon, Assistant U.S. Attorney (via ECF)
        Louis Pellegrino, Assistant U.S. Attorney (via ECF)
        Mathew Andrews, Assistant U.S. Attorney (via ECF)